**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIE ROMERO SANTIAGO,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MEGAN J. BRENNAN,** United States Postmaster General,<br><br>    **Defendant.** | Case No.: **20-CV-1571 YGR**<br><br>**ORDER DEEMING SERVICE COMPLETE; DIRECTING DEFENDANT TO RESPOND TO COMPLAINT** |

The Court is in receipt of the July 13, 2020 letter filed by the Office of the United States Attorney. Based on the representations therein and the affidavits of service filed on the docket by plaintiff Willie R. Santiago (Dkt. Nos. 11 and 21), and in light of the current national public health emergency, the Court **ORDERS** that **SERVICE IS DEEMED COMPLETE** as of the date of this Order.

Further, the Court **ORDERS** defendant to file a response to the complaint within **21 days** of entry of this Order.

**IT IS SO ORDERED.**
Date: July 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**