UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROMERO SANTIAGO,<br><br>    Plaintiff,<br><br>  v.<br><br>LOUIS DeJOY, United States Postmaster General,<br><br>    Defendant. | Case No. 20-cv-01571-YGR<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO STAY DISCOVERY AND RE RESPONSES TO MOTIONS**<br><br>**Dkt. No. 53** |

Defendant has filed an Administrative Motion requesting that the Court stay discovery in this matter pending the resolution of the current, and any subsequent, motion to dismiss and to be relieved of responding to miscellaneous motions filed by Plaintiff unless directed to do so by the Court. (Dkt. No. 53.)

Having considered the papers, and good cause appearing therefor, the Court hereby GRANTS the motion. Discovery in this case is STAYED until such time as defendant is ordered to answer plaintiff's complaint. Pursuant to the Court's inherent power to control its docket, it further ORDERS that Defendant need not respond to Plaintiff's motions unless directed to do so by the Court.

**IT IS SO ORDERED.**

DATED: October 14, 2020

HON. YVONNE GONZALEZ ROGERS
United States District Judge