**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIE ROMERO SANTIAGO,**<br><br>   Plaintiff**,**<br><br>   **vs.**<br><br>**LOUIS DEJOY,** United States Postmaster General,<br><br>   Defendant**.** | Case No.: 20-CV-1571 YGR<br><br>**ORDER CONSTRUING DOCUMENT AS REQUEST FOR VOLUNTARY DISMISSAL AND GRANTING DISMISSAL** |

The Court is in receipt of the attached document dated November 3, 2020 and entitled "An Announcement of Request to the US District Court of the Northern California To Discontinue All Court Proceedings" which was sent as an attachment to an electronic mail communication from plaintiff Willie R. Santiago, using his email address of record, to the courtroom deputy for the undersigned.  The Court notes that this submission follows in the wake of its Order Granting Defendant's Motion to Dismiss on October 16, 2020 (Dkt. No. 64), which gave plaintiff until November 20, 2020 to file an amended complaint curing the defects identified therein.

The Court construes the November 3, 2020 document as a request for voluntary dismissal. The request is **GRANTED** and this action is **DISMISSED**.

**IT IS SO ORDERED.**

**Date: November 3, 2020**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**